IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL ELON BELL
ADC #140330                                                          PLAINTIFF

V.                          CASE NO. 4:17CV00790 SWW

ARKANSAS PAROLE BOARD, *et al*.                                      DEFENDANTS

**ORDER**

The Court has received and reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Patricia S. Harris. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Bell's's claims are DISMISSED without prejudice.[1]

IT IS SO ORDERED, this 3rd day of January, 2018.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] After the Magistrate Judge filed her Recommendation, Mr. Bell filed an amended complaint. That amended complaint, however, suffers from the same defects as the original complaint and does not alter the Court's determination to approve and adopt the Recommendation.